AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:22-mj-00157 |
| NICCO YOUNG | ) Assigned To : Harvey, G. Michael |
| also known as "NEKKO YOUNG" | ) Assign. Date : 7/13/2022 |
| DOB: xx/xx/xxxx PDID: xxx-xxx | ) Description: Complaint W/ Arrest Warrant |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 23, 2022 in the county of _____ in the _____ District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 1951 | Interference with Commerce by Threats of Violence (Hobbs Act) |
| 18 U.S.C. § 924(c)(1)(A) | Possessing and Brandishing a Firearm in Furtherance of a Crime of Violence |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
Complainant's signature

Erik Potrafka, SA, FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 07/13/2022

_____
Judge's signature

City and state: Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
Printed name and title