Case 1:22-cr-00262-DLF   Document 1-1   Filed 07/13/22   Page 1 of 13

Case: 1:22−mj−00157
Assigned To : Harvey, G. Michael
Assign. Date : 7/13/2022
Description: Complaint W/ Arrest Warrant

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

1. I, Erik Potrafka, am a Special Agent with the Federal Bureau of Investigation ("FBI"), Washington Field Division, Washington, D.C. (hereinafter "Affiant"), being duly sworn, deposes and states as follows:

**INTRODUCTION**

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since September 2018. I am currently assigned to a squad which investigates violent crime and threats. As a Special Agent with the FBI, I am authorized to investigate violations of the laws of the United States, and I have been involved with numerous criminal investigations involving violations of federal law. I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States. Prior to becoming a Special Agent with the FBI, I was a Special Agent with the United States Secret Service, and prior to that, a police officer with the Glendale Heights, Illinois, Police Department for approximately nine and a half years and was a detective for approximately five years. I have received training in general law enforcement and federal investigations. I have participated in the execution of multiple search warrants in which evidence and instrumentalities of criminal activity have been seized. As part of my duties, I have investigated bank robberies, kidnappings, and other crimes of violence.

3. Through my employment as a Special Agent, I have gained knowledge in the use of various investigative techniques including the utilization of physical surveillance, undercover agents, confidential informants and cooperating witnesses, investigative interviews, analyzing telephone pen register and historical cell site data, execution of search and arrest warrants, electronic evidence, and gathering evidence from various social media platforms.

4. On the basis of interviews with other members of law enforcement who are involved in this investigation, and on the basis of other information which I have reviewed and determined to be reliable, the following facts show that there is probable cause to believe NICCO YOUNG violated Title 18, United States Code, Section 1951 (Interference with Commerce by Threats or Violence), and 18 U.S.C. § 924(c)(1)(A)(ii) (Possessing and Brandishing a Firearm in Furtherance of a Crime of Violence) on February 23, 2022.

5. This affidavit is based upon information witnessed by me or provided to me by other law enforcement officers/agents, and witnesses, all of whom I believe to be credible. Because this affidavit is being submitted for the limited purpose of showing probable cause for the arrest of NICCO YOUNG, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause.

## PROBABLE CAUSE

*February 23, 2022, Robbery of 7-Eleven: 1700 17th Street NW, Washington, D.C.*

6. On February 23, 2022, at approximately 1:30AM, members of MPD received a call for an Armed Robbery at 7-Eleven, located at 1730 17th Street NW, Washington, D.C.

7. After responding to the scene, MPD interviewed the Victim who stated that while standing at the cooking ovens, the Victim heard a noise notifying that a customer has entered the store. The victim did not see anyone enter the store.

8. The Victim advised that a short time later, the suspect approached the Victim and pointed a handgun at the Victim. The suspect forced the Victim behind the counter toward the cash registers and forced the Victim to lay on the ground. The suspect grabbed an unknown amount of currency from the two cash registers and fled.

9. Video footage was recovered from the security cameras at the store. The footage shows that the Suspect enters the location and walks to the right of the first aisle. The Suspect then reappears on camera at the opening of a counter. The Suspect walks behind the counter and approaches the Victim, who was standing behind the cash register. It appears that the Victim opens the registers and then lays on the ground. The Suspect then takes money out of both registers. The Suspect is then observed leaving the store on foot. The video footage shows that the Suspect appeared to be a black male, wearing a black jacket with white zippers on the sleeves, white zippers on the front chest, and on the back of the jacket's hood, blue jeans and black shoes. Images of the unique jacket are included below (red circles have been added to highlight the zipper details of the jacket):





*Tracking of GPS Device Taken During Robbery*

10. While detectives were on the scene, they were notified by the owner of the 7-Eleven that a GPS tracker was taken by the Suspect along with the currency. The GPS device was tracked moving throughout the District of Columbia, and officers were dispatched to the areas where the device was located. The GPS device was tracked to the location of Randall Place SE and Alabama Avenue SE. Members of the Seventh District were at that location and observed a white SUV traveling at that intersection and running a red signal at the intersection. Officers then observed that the operator of the vehicle turn off the vehicle's headlights. Officers were updated with the location of the GPS device and found that the location of the white SUV matched the location of the GPS device. Thus, officers believed that the GPS device was located inside of the white SUV.

11. Officers identified the vehicle as a white Honda HRV bearing DC tag GB0690. Officers attempted a traffic stop on the vehicle at Wheeler Road SE and Savannah Place SE. The operator of the vehicle initially pulled over to the side of the road. However. as soon as officers approached the vehicle, the driver fled the traffic stop. The vehicle was last seen traveling

4

southbound on Wheeler Road SE crossing into Prince George's County, MD. MPD units did not pursue the vehicle.

12. Detectives from the MPD Carjacking Task Force sought updated location on the GPS Device. The location of the GPS device was found to be in the area of 24th Avenue and Jameson Street in Temple Hills, MD. Detectives responded to that area, and made contact with members of the Prince George's Police Department (PGPD). Detectives were advised by members of PGPD that the suspect vehicle was found at 24th Avenue and Jameson Place.

13. Law enforcement received a further update regarding the tracking of the GPS device that put it in the vicinity of 4111 and 4114 24th Place, Temple Hills, MD. 4111 24th Place and 4114 24th Place are adjoining addresses; thus, if the GPS is inside one location, it can be difficult to determine which exact address the GPS device is located in. This location is approximately two blocks from where the suspect vehicle was recovered.[1]

14. Two individuals were stopped by PGPD in relation to the investigation. It was determined by Detective Naples and Detective Babich, who had still images of the Suspect at the 7-Eleven, that these two individuals were not involved in the robbery. The two stopped individuals were subsequently sent on their way.

15. MPD Detectives attempted to contact the residents of 4111 24th Place, but a male resident they encountered would not allow them into the residence, and would not cooperate with the investigation. A law enforcement database check of the residence found that one of the family members is an individual named Nicco Young. It should be noted that Nicco Young is a twenty-

---

[1] Detective Babich would eventually be supplied with information from 7-Eleven loss prevention that showed the complete historical tracks of the GPS device. It showed that the GPS device traveled from the intersection of 24th Place and Jamieson Street, down Keating Street, and into the 4100 block of 24th Place. The final location of the GPS device is 1411-1414 24th Place.

two (22) year old black male. Young's height, weight, and complexion appear consistent with the appearance of the Suspect, based on the review of the 7-Eleven footage. Nicco Young had provided PGPD with an address of 4111 24th Place, Temple Hills, MD on or about January 10, 2019.

*Further Investigation into Suspect Vehicle*

16. The suspect vehicle, the white Honda HRV bearing DC tag GB0690, was found to be a rental vehicle through Zip Car. Zip Car is owned by Avis Rental cars. The vehicle was seized by Detective Naples and Detective Babich and towed to the Department of Forensic Sciences in the District of Columbia.

17. On February 24, 2022, members of the Third District Detectives Office were able to contact Zip Car about the name of the individual who had rented the vehicle at the time that it was involved in the robbery. A representative of Zip Car stated that the vehicle was rented to an individual named Laromacome Young with an address of 4111 24th Place, Temple Hills, MD. Laromacome Young is the mother of Nicco Young and they share the same address.

18. The Zip Car representative stated that the vehicle was rented on February 21, 2022, at approximately 0912 hours from a Zip Car parking lot at 300 16th Street NE. According to Zip Car, the renter contacted Zip Car on February 23, 2022, and stated that the vehicle had been towed.

19. The Zip Car representative also provided the GPS locations for the suspect vehicle at the time of the robbery. The representative stated that on February 23, 2022, at 0113 hours, the vehicle was traveling westbound on H Street NE. At approximately 0124 hours, the vehicle appears to circle the 1700 block of 17th Street NW. It should be noted that this is the block of the offense location. At 0128 hours, the vehicle stops at the intersection of 17th & R Street NW. The

representative from Zip Cars also provided law enforcement with signed consent to search for the suspect vehicle.

20. On February 23, 2022, Detective Babich and Detective Naples responded to the Department of Forensic Sciences to process the suspect vehicle. Wet and dry swabs were taken from the interior front driver's side door hand, controls on door, steering wheel, and gear shift. Swabs were also taken of the vehicle key which was handing from a cord on the steering column. On the rear passenger floorboard of the vehicle was a credit card receipt from a 7-Eleven located at 3737 Hamilton Street, Hyattsville, MD. The receipt was dated February 22, 2022, at 0131 hours, and the item purchased was a bottle of water. This receipt was photographed and seized.

21. Once the vehicle was processed, Detective Babich turned on the vehicle, and inspected the vehicle's infotainment system. The vehicle had the capability to connect with an individual's cellphone through a Bluetooth connection. Detectives know from training and experience that often times if a cellphone is connected to a vehicle's infotainment system, the system will retain information about that cellphone. When Detective Babich went through the phone portion of the infotainment system, it was discovered that the cellphone listed as being connected to the system was "Nicco's Phone". There was no other information about the device displayed other than the name "Nicco".

22. In the early morning hours of February 24, 2022, Detective Babich and Detective Naples responded to the 7-Eleven located at 3737 Hamilton Street, Hyattsville, MD to review security footage related to the receipt recovered in the Suspect Vehicle for the transaction from February 22, 2022 at 0131 hours (which occurred the day before the February 23, 2022, D.C. robbery).

23. In the video footage from February 22, 2022, an individual is observed entering the store. The jacket of the individual is consistent with the jacket that Suspect was wearing during the robbery of the 7-Eleven in D.C. on February 23, 2022. The jacket appears to have the same white zippers on the left and right chest of the jacket, white zipper on the sleeve, as well as a distinct and unique white zipper on the back of the jacket's hood. In the video footage, the individual is observed going to the drink cooler and taking out a bottle of water. The individual then walks to the counter, pays for the water, and walks out of the store. The individual is observed walking towards the store and leaving the store in the same direction. The white Honda HRV is never observed on camera.

24. A screengrab of the February 22, Hyattsville surveillance footage showing the unique jacket is below[2]:



---

[2] Red circles have been added to highlight the zipper details of the jacket

### *Search Warrant to Obtain Ring Footage at 4111 24th Pl. Temple Hills, MD*

25. When law enforcement originally responded to 4111 24th Pl. as part of the investigation into the GPS tracker taken during the robbery, law enforcement observed a Ring doorbell affixed from the front of the home and subsequently sent a preservation request to Ring.

26. On April 7, 2022, MPD Det. Babich obtained a search warrant for digital information possessed by Ring through Washington, D.C. Superior Court Judge J. Staples.

27. Your Affiant reviewed the video of 4111 24th Place, Temple Hills, MD provided by Ring in response to the search warrant and identified a male subject entering and leaving the residence wearing the same black jacket with zippers and or light colored stripes/zippers on the front, side and hood.[3] The individual is identified coming and going from the front of 4111 24th Place, Temple Hills, MD on February 22, 2022 at 0956 hours, 1533 hours, and 1559 hours while wearing the distinctive jacket. The first time the individual is seen on Ring footage is approximately 8.5 hours after being captured on surveillance footage at the 7-Eleven located at 3737 Hamilton Street, described in paragraphs 22-24 above. Additionally, the Ring footage captures this individual approximately 8 hours after a robbery at a 7-Eleven located at 7201 Baltimore Avenue, College Park, Maryland where the suspect was wearing the same distinct coat, described more in paragraph 30-31 below.

28. In reviewing Ring camera footage, your Affiant observed the face of the individual described above in paragraph 27. Specifically, in reviewing a side profile of that individual, the individual looked consistent with Nicco Young based on a comparison of the Ring camera footage with law enforcement database photos and driver's license photos of Young.

---

[3] The jacket visible in the Ring camera footage is consistent with the jacket worn by the suspect the following robberies: January 16, 2022; February 12, 2022; February 22, 2022; and February 23, 2022, as described below.

9





***Maryland Arrest of Nicco Young and Search Warrant of 4111 24th Pl., Temple Hills, MD***

29. Nicco Young was arrested on April 1, 2022, on a Maryland arrest warrant, for a February 22, 2022, armed robbery of a 7-Eleven (referenced in fn. 3 above and in the additional robberies section below). Young has been charged in Prince George's County with Robbery with a Deadly Weapon, Robbery, Use of a Handgun in a Crime of Violence, and Carrying a Handgun under case number CT220471X. That case is set for trial on September 20, 2022 as of this filing.

30. On April 5, 2022, PGPD executed a search warrant at 4111 24th Pl., Temple Hills, MD. Recovered were items of evidentiary value, to include a red Apple iPhone, pants matching

those worn by Young in the Maryland February 22, 2022 robbery (which are consistent with the pants worn by Young in the February 23, 2022 D.C. robbery), and a lower piece for a handgun along with ammunition.

31. Additionally, during the execution of the search warrant, which occurred after Young had been arrested and released in his Maryland matter, he stated to PGPD detectives executing the warrant words to the effect of "what you're looking for is already gone."

32. At the time of the execution of the warrant, and now, law enforcement was not aware of another residents at the address besides Nicco Young and his parents.

*Additional Robberies Involving Distinct Jacket*

33. During the course of the investigation into the offenses described above, law enforcement has identified additional commercial armed robberies that appear to involve a suspect with the same distinct coat worn in the February 23, 2022, armed robbery, and worn in the Ring footage described above. Specifically, on or about February 22, 2022, a 7-Eleven located at 7201 Baltimore Avenue, College Park, Maryland was robbed at approximately 2:09 a.m.

34. Law enforcement obtained surveillance footage and the suspect appears to be wearing the same jacket[4]:

---

[4] Exterior surveillance recovered from the scene also shows Young arriving and fleeing a white SUV, similar to the one used in the February 23, 2022, Washington, D.C. robbery.




12

**CONCLUSION**

35. Your affiant alleges the aforementioned facts show that there is probable cause to believe NICCO YOUNG violated 18 U.S.C. § 1951 and 18 U.S.C. § 924(c)(1)(A) on February 23, 2022.

_____
Special Agent Erik Potrafka

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this \_\_ day of July 2022.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE